

Jared R. Richards, Esq.
Nevada Bar No. 11254
RICHARDS & ASSOCIATES, LLC
1489 W. Warm Springs Rd., Ste 110,
Henderson, NV  89014
Telephone (702) 518-5180
Facsimile (702) 508-9393
Email jared@jaredrichardslaw.com
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO. 13-12201-mkn |
| JOSHUA MARQUISE MYLES | TRUSTEE: VICTORIA NELSON |
| Debtor | IN RE CHAPTER 7 PROCEEDINGS |
| | ADV No. 13-01103 |
| JOSHUA MARQUISE MYLES | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AND TO VACATE HEARING** |
| Plaintiff | |
| vs. | |
| SANTANDER CONSUMER USA, INC. | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Joshua Marquise, by and through his attorney, Jared R. Richards, Esq., and Santander, by and through its attorney of record, James B. Ball, Esq of Poli & Ball, that the Parties have entered into a

settlement agreement and that Plaintiff shall dismiss his Complaint with prejudice and all causes of action therein and that this case shall be closed. The Parties agree that the hearing set for November 21, 2013 at 10:00 a.m. regarding this matter shall be vacated.

DATED this 18 day of Dec, 2013

DATED this ___ day of November, 2013

Richards & Associates

Poli & Ball, P.L.C

_____
Jared R. Richards
Nevada Bar No. 11245
Attorneys for Plaintiff

_____
James B. Ball
Nevada Bar No. 7339
Attorneys for Defendant

- 2 -